EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Luis Roberto Santos Báez | 2017 TSPR 161<br><br>198 DPR ____ |

Número del Caso: TS-17-710

Fecha:  17 de agosto de 2017

Materia: Conducta Profesional La suspensión será efectiva el 29 de agosto de 2017, fecha en que se le notificó al abogado de su suspensión provisional.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte

Luis Roberto Santos Báez          **Núm.** TS-17,710

RESOLUCIÓN

San Juan, Puerto Rico, a 17 de agosto de 2017

Evaluada la *Réplica a resolución fechada 4 de agosto de 2017* presentada por el Lcdo. Luis Roberto Santos Báez, el Tribunal se da por enterado. Se ordena la suspensión provisional de éste, del ejercicio de la abogacía. Asimismo, se le ordena a mantenernos informados sobre el estado del procesamiento penal que obra en su contra en el caso U.S. vs. Santos Báez, Criminal No. 16-CR-00062 (JAG).

Se le apercibe que, de ser hallado culpable, procederá su suspensión indefinida de la profesión legal.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo, Interina.

Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo, Interina